## (March 21, 1960)

■ Argyle Realty Corp., Appellant, v. Max S. Korn, Respondent, et al., Undertenant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Beldock, Christ and Brennan, JJ.; Pette, J., not voting.

■ Lawrence A. Baker et al., Appellants, v. Stephen L. Marley et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ.

■ Alvin M. Fjelstad, Respondent, v. New York Central Railroad, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ.

■ In the Matter of Queens County Bar Association, Petitioner. Milton M. Karpel, Admitted as Milton Murray Karpel, an Attorney, Respondent.— Motion to confirm the report of the Official Referee granted; respondent disbarred and his name ordered to be struck from the roll of attorneys. Present — Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ.

■ Mar-Bond Beverage Corporation, Respondent-Appellant, v. Dublin Distributors, Inc., et al., Appellants-Respondents.— Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Appellants-respondents, if they be so advised, may serve their answers within 10 days after the entry of the order hereon. Present — Nolan, P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ.

■ Edward Pardocchi, Respondent, v. National Casualty Company, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Beldock, Christ and Brennan, JJ.; Pette, J., not voting.

■ Stahl Soap Corporation, Respondent, v. City of New York et al., Appellants.— Motion by appellant Liebmann Breweries, Inc., for reargument denied, with $10 costs. Motion by said appellant for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ.

■ Billy T. Wardlow, Respondent, v. Jearl Barrett, Appellant, et al., Defendants.— Motion for reargument or, in the alternative, to amend the decision handed down February 1, 1960 (ante, p. 630). Motion granted to the extent of amending the decision by striking therefrom the words and figure "with $10 costs and disbursements to appellant" and by inserting in place thereof the words "without costs." Present — Beldock, Ughetta, Christ and Pette, JJ.; Nolan, P. J., not voting.

■ John Ahrens et al., Doing Business under the Name of John Ahrens & Co., Respondents, v. Robert L. Bradford, Appellant.— In an action to recover a balance alleged to be due for work, labor and services and on an account stated, in which counterclaims were interposed for an accounting and for other relief, an amended complaint was served for an accounting to which counterclaims were interposed for an accounting and for other relief. The appeals are (1) from an interlocutory judgment which, inter alia, directed appellant to account, and (2) from an order and judgment (one paper) granting respondents' motion for final judgment, awarding final judgment, and denying appellant's cross motion to vacate the hearing theretofore held before an Official Referee and all the proceedings had after May 1, 1959. Interlocutory judgment, and order and judgment (one paper) unanimously affirmed, with one bill of costs. No opinion. Present — Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ. [18 Misc 2d 1015.]